

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
efreedberg@littler.com

September 13, 2022

VIA ECF
Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Vanantwerp v. Hornblower Cruises and Events, LLC,* 22-cv-05445

Dear Judge Liman:

We represent the Defendant in the above-referenced matter. We write with the consent of the Plaintiff to respectfully request that the Court extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint to October 10, 2022. This is Defendant's first request for an adjournment and as the Court has not yet entered a case management order in this case, this requested extension will not affect any other deadlines in the Action.

Thank Your Honor for your consideration.

Respectfully submitted,

*/s/ Eli Z. Freedberg*

Eli Z. Freedberg

littler.com