

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
efreedberg@littler.com

October 7, 2022

VIA ECF
Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Vanantwerp v. Hornblower Cruises and Events, LLC,*  22-cv-05445

Dear Judge Liman:

We represent the Defendant in the above-referenced matter. We write with the consent of the Plaintiff to respectfully request that the Court extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint to November 9, 2022. The parties have recently engaged in settlement discussions and request the additional time to see if the parties can reach an agreement.  As the Court has not yet entered a case management order in this case, this requested extension should not affect any other deadlines in the Action.

Thank Your Honor for your consideration.

Respectfully submitted,

*/s/ Eli Z. Freedberg*

Eli Z. Freedberg

littler.com