UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Tony Vanantwerp, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                *Plaintiff,*

        - against -

Hornblower Cruises and Events, LLC,

                                *Defendant.*
---------------------------------------------------------------X

Case No.: 1:22-cv-05445

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendant Hornblower Cruises and Events, LLC (the "Defendant"), having offered to allow Plaintiff Tony Vanantwerp (the "Plaintiff") to take a judgment against the Defendant in this action for the total sum of Nine Thousand Dollars and Zero Cents ($9,000.00), inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment");

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

NOTICE IS HEREBY GIVEN that Plaintiff's attorney hereby confirms acceptance of Defendant's Offer of Judgment.

                                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                By: _____
                                Jason Mizrahi
                                60 East 42nd Street, Suite 4700
                                New York, NY 10165
                                Tel. No.: (212) 792-0048
                                Email: Jason@levinepstein.com
                                *Attorneys for Plaintiff*

VIA ECF
Encl.