UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Tony Vanantwerp, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

        *Plaintiff*,

 - *against* -

Hornblower Cruises and Events, LLC,

        *Defendant*.
---------------------------------------------------------------X

Case No.: 1:22-cv-05445

**FED.R.CIV.P. 68 JUDGMENT**

  Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendant Hornblower Cruises and Events, LLC (the "Defendant"), having offered to allow Plaintiff Tony Vanantwerp (the "Plaintiff") to take a judgment against the Defendant in this action for the total sum of Nine Thousand Dollars and Zero Cents ($9,000.00), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendant arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendant's offer of judgment, it is,

  ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $9,000.00 as against Defendants.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendant.

Dated: _____ _____, 2022
   New York, New York

                     SO ORDERED:

                     _____